E-FILED 3/7/16

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, MANIJEH NIKAKHTAR, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> MISSION CITY COMMUNITY NETWORK, INC., NIK GUPTA, & DOES 1 - 10, <br><br> Defendants. | Case No.  CV 12-3692 PSG (JCx) <br><br> [~~PROPOSED~~] JUDGMENT <br><br> Date:   March 14, 2016 <br> Time:   1:30 p.m. <br> Ctrm:   880 <br> Judge:   Hon. Philip S. Gutierrez <br> Magistrate:   Hon. Jacqueline Chooljian <br><br> Complaint Filed:   April 27, 2012 <br> Summary Judgment:   January 4, 2016 |

**[PROPOSED] JUDGMENT**

The Court, having considered all proceedings in the matter, hereby ORDERS that:

1. FINAL JUDGMENT is hereby ENTERED in favor of Defendants Mission City Community Network, Inc. and Nik Gupta;

2. Defendants are the PREVAILING PARTIES under Fed. R. Civ. P. 54(d) and L.R. 54-1; and

3. The Court retains jurisdiction to hear any appropriate motions for attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 7, 2016

PHILIP S. GUTIERREZ
_____
Honorable Philip S. Gutierrez

*USA ex rel., Nikakhtar, M.D. v. Mission City Community Network, Inc., et al.*
USDC Central District of California Case No. CV 12-3692 PSG (JCx)

## PROOF OF SERVICE

I am a citizen of the United States. My business address is Arent Fox LLP, 555 West Fifth Street, 48th Floor, Los Angeles, California 90013-1065. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

## PROPOSED JUDGMENT

☒ (BY E-MAIL (to be electronically filed with the Clerk of the Court through CM/ECF, and that CM/ECF will send a notice of electronic filing to the parties identified below.

☒ (BY E-MAIL) On this date, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address of John Lee on the attached service list.

☐ (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐ (BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

☐ (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2016, at Los Angeles, California.

_____
Douglas E. Hewlett, Jr.

*USA ex rel., Nikakhtar, M.D. v. Mission City Community Network, Inc., et al.*
USDC Central District of California Case No. CV 12-3692 PSG (JCx)

## SERVICE LIST

| | |
|---|---|
| Rami Kayyali<br>LAW OFFICE OF RAMI KAYYALI<br>12400 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90025<br><br>(310) 571-3009<br>(310) 820-1740 fax<br>ramilaw@sbcglobal.net | Attorneys for Plaintiff<br>MANIJEH NIKAKHTAR, M.D. |
| John Lee<br>US ATTORNEY'S OFFICE<br>300 N. Los Angeles St., Room 7516<br>Los Angeles, CA 90012<br><br>(213) 894-3995<br>(213) 894-2380 fax<br>John.Lee2@usdoj.gov | Attorneys for UNITED STATES OF AMERICA |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

PROPOSED JUDGMENT
Case No. CV 12-3692 PSG (JCx)